1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KNITWORK PRODUCTIONS II, LLC, a New York limited liability company; DOLGENCORP, LLC , a Kentucky limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:17-CV-05660-ODW-MRW<br>*Hon. Otis D. Wright II Presiding*<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE FINAL PRE-TRIAL CONFERENCE** |

The Court, having considered the Joint Stipulation to Continue the Final Pretrial Conference filed by the Parties, orders as follows:

The Final Pre-Trial Conference is continued to **August 19, 2019 at 1:30 p.m.**;

Due to the Court's schedule and the impending trial, the request to move the motion in limine hearing and related dates is **DENIED**.

**IT IS SO ORDERED.**

DATED: July 2, 2019

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE