JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| UNIVERSAL DYELING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> KNITWORK PRODUCTIONS II, LLC, AND DOLGENCORP, LLC; <br><br> Defendants. | Case № 2:17-cv-05660-ODW (MRWx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal (ECF No. 91) and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby **DISMISSES WITH PREJUDICE** Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 17, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2